Case 1:11-cv-07345-WHP   Document 27   Filed 06/05/12   Page 1 of 2

Pauley, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA WISE and GIDEON ROMM, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

ENERGY PLUS HOLDINGS LLC,

    Defendant.

DOCUMENT ELECTRONICALLY FILED

Civil Action No. 1:11-cv-7345 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/12

## SCHEDULING ORDER #2

The parties having requested a modification of the Scheduling Order entered February 1, 2012, and the Court having conducted a telephone conference of all counsel on May 16, 2012, the following schedule is hereby entered:

1. All fact discovery shall be completed by November 30, 2012;

2. The parties shall disclose all class certification and merits experts by October 31, 2012;

3. Plaintiffs' experts' reports to be used in connection with class certification and the merits of the case shall be served by December 7, 2012;

4. Plaintiffs' motion for class certification shall be filed by December 14, 2012;

5. Defendants' experts' reports to be used in connection with class certification and the merits of the case shall be served by January 11, 2013;

6. Defendants' opposition to Plaintiffs' motion for class certification shall be filed by January 11, 2013; PLAINTIFFS' REPLY SHALL BE FILED BY JANUARY 21, 2013;

7. The parties shall complete all expert discovery by February 11, 2013;

8. Oral argument will be held on Plaintiffs' motion for class certification on February 1, 2013;

9. The parties shall submit a joint pretrial order by March 15, 2013;

10. The final pretrial conference will be held on APRIL 19, 2013 at 10:00 a.m.

Dated: JUNE 5, 2012
New York, New York

SO ORDERED:

_____
Hon. William H. Pauley, III, U.S.D.J.