```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :
ANGELA WISE and GIDEON ROMM,
on behalf of themselves and all others        :       11 Civ. 7345 (WHP)
similarly situated,
                                              :
            Plaintiffs,
                                              :
        -against-
                                              :
ENERGY PLUS HOLDINGS LLC,
                                              :
            Defendant.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
JIM FORTNEY, on behalf of himself and all             12 Civ. 8119 (WHP)
others similarly situated,
                                              :       ORDER
            Plaintiffs,                       :

        -against-                             :

ENERGY PLUS HOLDINGS LLC,                     :

            Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        This Court will hold a hearing on Plaintiffs' motion for preliminary approval of

the class action settlement on March 22, 2013 at 12:30 p.m.

Dated: March 13, 2013
        New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

                                  -1-

*All Counsel of Record*