# Exhibit B

| State | Utility ID | Utility | Drop Timing (# of days a drop can be sent to the utility in advance of a read date to be effective for that read date) |
|---|---|---|---|
| NY - Electric | 1 | CONED - Electric | 15 Calendar days |
| | 2 | NIMO - Electric | 15 Calendar days |
| | 3 | Central Hudson | 15 Calendar days |
| | 4 | NYSEG - Electric | 15 Calendar days |
| | 5 | RGE | 15 Calendar days |
| | 6 | O&R - Electric | 15 Calendar days |
| CT | 7 | CLP | 2 Business Days |
| | 8 | UI | 2 Business Days |
| PA | 15 | PPL | 16 Calendar days |
| | 16 | DUQ | 16 Calendar days |
| | 17 | PECO | 16 Calendar days |
| | 19 | WPP | 15 Calendar days |
| | 20 | Penelec | 15 Calendar days |
| | 21 | MetEd | 15 Calendar days |
| NJ | 27 | ACE | 15 Calendar days |
| | 28 | JCPL | 15 Calendar days |
| | 29 | PSEG - Electric | 15 calendar days |
| | 30 | RECO | 20 Calendar Days |
| MD - Electric | 31 | BGE - Electric | 12 Calendar Days |
| | 32 | PEPCO | 12 Calendar Days |
| | 33 | DELMARVA | 12 Calendar Days |
| IL | 36 | COMED | 7 Calendar days |
| NY - Gas | 37 | CONED - Gas | 15 Calendar days |
| | 38 | NFG | 15 Calendar days |
| | 39 | NIMO - Gas | 15 Calendar days |
| | 40 | O&R - Gas | 18 Calendar Days |
| | 41 | Keyspan | 17 Calendar Days |
| MA | 42 | NSTAR Boston Edison | 2 Business Days |
| | 43 | NSTAR Cambridge | 2 Business Days |
| | 44 | NSTAR Commonwealth Electric | 2 Business Days |
| | 45 | NatGrid Mass Electric | 2 Business Days |
| | 46 | NatGrid Nantucket | 2 Business Days |
| | 47 | WMECO | 2 Business Days |
| NJ - Gas | 48 | PSEG - Gas | 29 Calendar Days |
| | 49 | NJNG | 38 Calendar Days |
| | 50 | Columbia | 15 - 17 Calendar Days (Must be received by 15th of Month) |
| OH | 51 | Duke - Gas | 12 Calendar Days |
| | 52 | Dominion | 1 Calendar Day before Billing Cycle Opens |
| | 55 | Duke - Electric | 14 Calendar Days |
| MD - Gas | 56 | BGE - Gas | 12 Calendar Days (Before 1st of Month) |
| | 57 | WGL | 12 Calendar Days (Before 1st of Month) |