# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ) *
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)

Shin Y. Hahn (NY
Nadia E. Niazi (NY)
Difie Osborne (NY)

**Of Counsel**
George M. Levy (NY)
Duncan W. Clark (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Ronald Rosenkranz (NY) *
Steven Lim (NY)

George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Andrew L. Spitz (NY)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
James W. Shuttleworth, III (NY)
David E. Gross (NY & NJ) *
Mary Ellen Wright, R.N. (NY) *
Kenneth B. Fromson (NY, NJ & PA) *
Nancy Y. Morgan (NY, NJ & PA)
Lawrence D. Lissauer (NY)
Michael T. McGarry (NY)
Victoria Lieb Lightcap (NY & MA) *
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)

Kara L. Campbell (NY & CT)
Silvia Fermanian (NY)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Robert E. Borrero (NY)
Christine Khalili-Borna Clemens (NY & CA)
Brian D. Acard (NY)
Nicholas Maiorano (NY & NJ)
Vincent J. Pastore (NY)
Andrew J. Genna, LLM (NY & PA)
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ) *
Raye D. Futerfas (NJ)
Linda Armatti-Epstein (NY)
Kenneth Cohen (NJ) *

David Akerib (NY)
Edward M. Steves (NY)
Frances M. Bova, R.N. (NY & NJ)
Mark B. Hudoba (NY)
Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Antonio S. Grillo (NY & NJ)
Aparna Anantharaman (NY)
Vincent J. Rossillo (NY)
Pamela Thomas (NY & CT)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
Jennifer Safier (NY & NJ)
Thomas P. Welch (NY)
David Stauber (NY)

Annie Ma (NY & NJ)
Howard S. Lipman (NY)
Noreen Tuller, R.N. (NY)
Cristina L. Dulay ( NY & NJ )
Justin M. Cinnamon (NY & CT)
Robin N. D'Amore (NY)
Nicole Murphy (NY)
Rodrigo Arcuri (NY)
Marigold T. Bridgeman (NY)
Melanie D. Sanders (NY)
Kevin D. Burgess (NY)
Warren C. George (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)

* The Neurolaw Trial Group

March 27, 2015

**VIA ECF**
The Honorable William H. Pauley, III
United States District Court for the Southern
District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Wise v. Energy Plus Holdings LLC*
     <u>Case No. 11-7345</u>

   The parties to the above referenced action submit this joint letter report pursuant to the Court's March 6, 2015 Order. After investigation, the settlement administrator informed the parties that Mr. Glanzrock did not receive a settlement payment because he did not file a claim. It appears that Mr. Glanzrock interpreted the notice to the class to suggest that the filing of an objection would also constitute the filing of a claim. Notwithstanding the expiration of the time to file claims, the settlement administrator, at the instruction of both parties, has informed counsel that it issued and mailed a check in the amount claimed in Mr. Glanzrock's letter to the Court to the address at the top of that letter. We trust that this letter report fully addresses the Court's concerns in relation to Mr. Glanzrock's letter.

          Respectfully,

          D. Greg Blankinship

          Charles M. Hart
          Attorneys for Defendant,
          Energy Plus Holdings, Inc.

Cc: All counsel of record via e-mail

{00270556 } Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley •
Syracuse • White Plains
1279 ROUTE 300, P.O. BOX 1111 Phone: (914) 298-3281  Fax: (845) 562-3492  www.fbfglaw.com 1311 MAMARONECK AVE, SUITE 220
NEWBURGH, Y 12551  WHITE PLAINS, NY 10605